Return to:
REALTY TITLE & ESCROW
3565 Ridge Meadow Pkwy. Ste.111
Memphis, TN 38115
# 030 70134

# ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is P.O. Box 30046, Durham, NC 27702-3046 , does hereby grant, sell, assign, transfer and convey, unto RBMG, Inc. , a corporation organized and existing under the laws of the the State of Delaware (herein "Assignee"), whose address is 3295 River Exchange Dr.Ste 420, Norcross, GA 30092 , all beneficial interest under a certain Deed of Trust, dated June 20, 2003 , made and executed by Sheila M. Whitmore, a married person , to D. M. GRISHAM , Trustee, upon the following described property situated in Shelby County, State of Tennessee :

4943 SAGEWOOD DR ,MEMPHIS,TN 38116

such Deed of Trust having been given to secure payment of $132,000.00 which Deed of Trust is of record in Book, Volume, or Liber No. , at page (or as No. 0312 7134 ) of the Shelby County Records, State of TN , together with the note(s) and obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such Deed of Trust.

AP# 5000033262
LN# 600941202
ISC/*ASD**//0494-L

PAGE 1 OF 2

AP# 5000033262  LN# 600941202

TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Deed of Trust.

IN WITNESS HEREOF, the undersigned Assignor has executed this Assignment of Deed of Trust on June 19, 2003

National Bank of Commerce

*Ann Hall* (signature)

Ann Hall, Vice President

Witness: _____

Witness: _____

STATE OF Tennessee       Shelby   County ss:

On June 20, 2003 before me, the undersigned, a Notary Public in and for the said County and State, personally appeared Ann Hall to me personally known, who, being duly sworn by me, did say that he/she is the Vice President of National Bank of Commerce which executed the within instrument, that the seal affixed to said instrument is the corporate seal of said corporation; that said instrument was signed and sealed on behalf of said corporation pursuant to its by-laws or a resolution of its Board of Directors and that he/she acknowledges said instrument to be the free act and deed of said corporation.

*(signature)*

Notary Name:
Notary Public for the state of
My commission expires: Apr 25, 2004

(Official Seal)

ISC/*ASD**//0494-L       PAGE 2 OF 2



# Tom Leatherwood
## Shelby County Register

As evidenced by the instrument number shown below, this document has been recorded as a permanent record in the archives of the Office of the Shelby County Register.



```
         03127137
06/30/2003  -  08:59 AM
2 PGS : MU - ASSIGNMENT
STEVEJ  167042-3127137
VALUE                      0.00
MORTGAGE TAX               0.00
TRANSFER TAX               0.00
RECORDING FEE             10.00
DP FEE                     2.00
REGISTER'S FEE             0.00
WALK THRU FEE              0.00
TOTAL AMOUNT              12.00
       TOM LEATHERWOOD
REGISTER OF DEEDS SHELBY COUNTY TENNESSEE
```

160 N. Main St., Suite 519 ~ Memphis, Tennessee 38103 ~ (901) 545-4366
http://register.shelby.tn.us



# Tom Leatherwood

## Shelby County Register/Archives

STATE OF TENNESSEE
COUNTY OF SHELBY

CERTIFICATION # 00009308

I, Tom Leatherwood, Register of Deeds, hereby certify this is a true and perfect copy of Instrument 03127137, recorded in this office as a ASSIGNMENT from National Bank Of Commerce to Rbmg Inc, Whitmore, Sheila M.

Witness the Official Signature and Seal this 29th day of January 2015.

Tom Leatherwood, Register

_____
Deputy Register

1075 Mullins Station, Suite W165 ~ Memphis, Tennessee 38134 ~ (901) 222-8100
Website: http://register.shelby.tn.us ~ Email: tom.leatherwood@shelbycountytn.gov
Join us on Facebook