Recording Requested By:
EverBank

This Instrument was Prepared By:
EverBank 301 W Bay Street Jacksonville, FL 32202
BRANDON A RIGGINS - EVERHOME

And When Recorded Mail To:
Green Tree Servicing LLC P.O. Box 15008 7360 S. Kyrene Rd, Ste 101 Tempe AZ 85283

---

Customer#: 1   Service#: 250288AS1
Loan#: 9000449366

## ASSIGNMENT OF MORTGAGE/DEED OF TRUST

For good and valuable consideration, the sufficiency of which is hereby acknowledged, EVERBANK, AS SUCCESSOR BY MERGER TO EVERHOME MORTGAGE COMPANY, 301 WEST BAY STREET, JACKSONVILLE, FL 32202-0000, by these presents does convey, grant, bargain, sell, assign, transfer and set over to: GREEN TREE SERVICING LLC, 7360 SOUTH KYRENE ROAD, T314, TEMPE, AZ 85283-0000, the described Deed of Trust, with all interest, all liens, and any rights due or to become due thereon. Said Deed of Trust in the amount of $132,000.00 and recorded in the State of TENNESSEE, County of SHELBY Official Records, dated JUNE 20, 2003 and recorded on JUNE 30, 2003, as Instrument No. 03127136, in Book No. ---, at Page No. ---.
Original Trustor: SHELIA M WHITMORE A MARRIED PERSON. Original Beneficiary: NATIONAL BANK OF COMMERCE. Maximum principal indebtedness for Tennessee recording tax purposes is zero.
Date: MAY 1 2 2014

EVERBANK, AS SUCCESSOR BY MERGER TO EVERHOME MORTGAGE COMPANY

By: _____
Emily Beinkampen, Vice President

WITNESS:

(Name): _____
Phillip Feagle

(Name): _____
John Williams

State of   FLORIDA         }
County of  DUVAL           } ss.

On MAY 1 2 2014, before me, Dana L Cereijo, a Notary Public, personally appeared Emily Beinkampen, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of FLORIDA that the foregoing paragraph is true and correct.
Witness my hand and official seal.

(Notary Name): Dana L Cereijo

DANA L. CEREIJO
Notary Public - State of Florida
My Comm. Expires Jan 28, 2018
Commission # FF 069587



## Tom Leatherwood
Shelby County Register / Archives

As evidenced by the instrument number shown below, this document has been recorded as a permanent record in the archives of the Office of the Shelby County Register.



```
         14059717
06/10/2014  -  02:59 PM
1 PGS
CHRISTIHAM   1220730-14059717
VALUE                        0.00
MORTGAGE TAX                 0.00
TRANSFER TAX                 0.00
RECORDING FEE               10.00
DP FEE                       2.00
REGISTER'S FEE               0.00
WALK THRU FEE                0.00
TOTAL AMOUNT                12.00
         TOM LEATHERWOOD
REGISTER OF DEEDS SHELBY COUNTY TENNESSEE
```

1075 Mullins Station, Suite W165 ~ Memphis, Tennessee 38134 (901) 222-8100
Website: http://register.shelby.tn.us  Email: Tom.Leatherwood@shelbycountytn.gov
Join us on Facebook



# Tom Leatherwood

Shelby County Register/Archives

STATE OF TENNESSEE
COUNTY OF SHELBY

CERTIFICATION # 00009311

I, Tom Leatherwood, Register of Deeds, hereby certify this is a true and perfect copy of Instrument 14059717, recorded in this office as a ASSIGNMENT from Everbank to Green Tree Servicing Llc, Whitmore, Shelia M.

Witness the Official Signature and Seal this 29th day of January 2015.

Tom Leatherwood, Register

_____
Deputy Register



1075 Mullins Station, Suite W165 ~ Memphis, Tennessee 38134 ~ (901) 222-8100
Website: http://register.shelby.tn.us ~ Email: tom.leatherwood@shelbycountytn.gov
Join us on Facebook